**DISMISS and Opinion Filed December 11, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00738-CV

## IN THE INTEREST OF S.V., S.V., AND S.V., CHILDREN

**On Appeal from the 469th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 469-56356-2016**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Evans, and Justice Brown
Opinion by Chief Justice Wright

By order dated August 10, 2018, the Court granted the parties' motion to abate the appeal to allow the trial court to sign an amended decree of divorce pursuant to their agreement. On October 10, 2018, the Court received a supplemental clerk's record containing the Amended Final Decree of Divorce. By order dated October 18, 2018 the Court reinstated the appeal and instructed appellant to file, by October 29, 2018, either a motion to dismiss the appeal or a letter explaining why we should not dismiss the appeal as moot. We cautioned appellant that failure to comply may result in dismissal of the appeal without further notice. As of today's date, appellant has not responded. Accordingly, we dismiss the appeal as moot. *See Nat'l Collegiate Athletic Ass'n v. Jones*, 1 S.W.3d 83, 86 (Tex. 1999) (case becomes moot and court loses jurisdiction if controversy between parties ceases to exist); TEX. R. APP. P. 42.3(a).


/Carolyn Wright/
CAROLYN WRIGHT
180738F.P05                                          CHIEF JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF S.V., S.V., AND
S.V., CHILDREN

No. 05-18-00738-CV

On Appeal from the 469th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 469-56356-2016.
Opinion delivered by Chief Justice Wright.
Justices Evans and Brown participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that the parties bear their own costs of this appeal.

Judgment entered December 11, 2018.